

BENJAMIN B. WAGNER
United States Attorney
MARK E. CULLERS
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

FILED
APR 18 2014
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PG&E<br>KETTLEMAN COMPRESSOR STATION<br>34453 PLYMOUTH AVENUE<br>AVENAL, CA,,<br><br>　　　　　Defendant. | CASE NO. 1:12SW16 DLB |

　　The search warrant affidavit in this case having been sealed by the Order of this Court pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure, and it appearing that it no longer necessary for the search warrant affidavit to remain sealed.

　　Based on the foregoing, the United States respectfully requests that the search warrant be unsealed and made public record.

Dated: April 18, 2014

　　　　　　　　　　　　　　　　　　　　BENJAMIN B. WAGNER
　　　　　　　　　　　　　　　　　　　　United States Attorney


　　　　　　　　　　　　　　　　　　　　/s/ Mark E. Cullers
　　　　　　　　　　　　　　　　　　　　MARK E. CULLERS
　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

UNSEAL SEARCH WARRANT　　　　　　　1


1  IT IS HEREBY ORDERED that the search warrant affidavit be unsealed and made public/

2
3  DATED: 4/18/14

   _____
   GARY S. AUSTIN
4  U.S. MAGISTRATE JUDGE.

UNSEAL SEARCH WARRANT                    2